

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Glen D. Aaron, II,

\* From the 118th District Court
of Glasscock County,
Trial Court No. 1865.

Vs. No. 11-20-00080-CV

\* April 28, 2022

Stephen Fisher, James Fisher,
Katie Elam Ward, James O. "Tony" Elam,
Stephen Cory Elam, Debbie Elam,
and Pioneer Natural Resources USA, Inc.,

\* Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Glen D. Aaron, II.